IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03970-STV

JESUS MARIA INESTROZA PAGUADA,

     Petitioner,

v.

JOHNNY CHOATE, Warden of Aurora Detention Center;
ROBERT HAGAN, Field Office Director of Enforcement and Removal Operations, Denver Field Office, Immigration and Customs;
KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S.; and
PAMELA BONDI, U.S. Attorney General, Executive Office for Immigration Review,

     Respondents.

---

## ORDER TO SHOW CAUSE

---

Chief Magistrate Judge Scott T. Varholak

An application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Petitioner, challenging his detention at an immigration facility in Aurora, Colorado.   Upon reading the application, good cause appears.

Accordingly, it is

**ORDERED** that Respondents show cause **within thirty (30) days from the date of this Order** why the Application for a writ of habeas corpus should not be granted.   It is

**FURTHER ORDERED** that **within thirty (30) days of Respondents' answer to this Order to Show Cause**, Petitioner may file a reply.   It is

**FURTHER ORDERED** that, pursuant to D.C.COLO.LCivR 72.2(d), the parties shall complete and file the Election Concerning Consent/Non-Consent to United States

Magistrate Judge Jurisdiction form, available from the Court's website at www.cod.uscourts.gov, **on or before January 14, 2026.**


DATED: December 15, 2025                    BY THE COURT:


                                            s/Scott T. Varholak_____
                                            Chief United States Magistrate Judge