# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03970-STV

JESUS MARIA INESTROZA PAGUADA,

    Petitioner,

v.

JOHNNY CHOATE, Warden of Aurora Detention Center,
ROBERT HAGAN, in his official capacity as Field Office Director, Denver, U.S. Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security,
PAMELA BONDI, U.S. Attorney General, Executive Office for Immigration Review,

    Respondents.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER of United States Magistrate Judge Scott T. Varholak on March 5, 2026, [ECF No. 25] it is

    ORDERED that the Application for Writ of Habeas Corpus 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

    FURTHER ORDERED that Respondents shall provide Petitioner with a bond hearing within seven days.   It is

    FURTHER ORDERED that Respondents shall file a status report within ten days. It is

FURTHER ORDERED that Respondents shall not remove Petitioner from the District of Colorado or the United States. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1).

Dated at Denver, Colorado this 5th day of March, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes
J. Dynes, Deputy Clerk